**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Merhawit Fiseha Gebremariyam,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-03303-PHX-SHD (JFM)

**ORDER**

Petitioner challenged her present immigration detention, arguing she is improperly subjected to detention without a bond hearing. (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 4.) Respondents' response stated:

> Respondents do no oppose the habeas petition to the extent Petitioner seeks a bond hearing pursuant to 8 U.S.C. § 1226(a), and respectfully request seven days in order to provide one.

(Doc. 8.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition and granting a bond hearing.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within three days of releasing Petitioner or providing him a bond hearing. **If applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 21st day of May, 2026.

Honorable Sharad H. Desai
United States District Judge